UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **Orange Street 296, LLC,** | ) ) ) |
| Plaintiff | ) ) |
| v. | ) ) Civil Action No. 1:21-cv-00741-PB |
| **City of Manchester,** | ) ) ) |
| Defendant. | ) ) ) |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, by and through their counsel, hereby stipulate to the dismissal of this matter with prejudice, all rights of appeal being waived, and without costs or fees being assessed against any party.

Dated: October 29, 2024

                                              Respectfully submitted,

                                              **ORANGE STREET 296, LLC**
                                              By Its Attorneys,
                                              **Law Offices of Andrew J. Tine**

                                              By:  /s/ Andrew J. Tine
                                                    Andrew J. Tine, Esq. (# 19396)
                                                    18 Maple Avenue, #267
                                                    Barrington, RI 02806
                                                    (401) 396-9002

                                              **CITY OF MANCHESTER, NH**
                                              By Its Attorneys,
                                              **Gallagher, Callahan & Gartrell, P.C.**

                                              By:  /s/ Robert J. Dietel
                                                   Robert J. Dietel, Esq. (#19540)
                                                   214 North Main Street
                                                   Manchester, NH
                                                   603-545-3613 / 603-545-3622

## **CERTIFICATE OF SERVICE**

    I certify that a copy of this filing was served via the Court's electronic filing system upon counsel of record.

Dated: October 29, 2024　　　　　　　　By: /s/ Andrew J. Tine
　　　　　　　　　　　　　　　　　　　　　　Andrew J. Tine, Esq.